# Third District Court of Appeal

## State of Florida

Opinion filed February 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1631
Lower Tribunal No. 20-5552
_____

**Heritage Property & Casualty Insurance Company**,
Appellant,

vs.

**Douglas Rice, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Link & Rockenbach, P.A., and Kara Rockenbach Link and Daniel M. Schwarz (West Palm Beach), for appellant.

Gray R. Proctor (Morristown, NJ), for appellees.

Before LINDSEY, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.